**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BUCKS COUNTY WATER AND SEWER AUTHORITY

          v.

EDWARD M. RIDGE, LEONARD P. RIDGE

PETITION OF:  EDWARD M. RIDGE, LEONARD P. RIDGE, LEONARD P. RIDGE, JR., LEONARD P. RIDGE, AS TRUSTEE OF THE LEONARD P.  RIDGE, JR., RESIDUARY TRUST III, AND TOP OF THE RIDGE, INC. D/B/A  TOP OF THE RIDGE TRAILER PARK

: No. 31 MAL 2024
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth
: Court
:
:
:
:
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

      **AND NOW**, this 29th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.